**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Ricky GLASGOW, Defendant–Appellant.**

**No. 13–3725.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 23, 2014.

Filed: June 5, 2014.

Kyra E. Jenner, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Bruce Eddy, Assistant, Federal Public Defender's Office, Fayetteville, AR, for Defendant–Appellant.

James Ricky Glasgow, Oklahoma City, OK, pro se.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

James Glasgow directly appeals the sentence that the district court[1] imposed upon

revoking his probation. For reversal, he argues that the sentence is substantively unreasonable. Upon careful review, we conclude that the sentence—which is well within statutory limits, and is also within the Chapter 7 advisory Guidelines range applicable to revocation sentences—is not unreasonable. *See United States v. Tyson*, 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.